IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| KAVITHA POLKAMPALLY and NARASIMHA POLKAMPALLY, : : : Plaintiffs, : : v. : : COUNTRYWIDE HOME LOANS INC, et al., : : Defendants. : | Civil No. 13-174 (RBK/JS)  **ORDER** |

**THIS MATTER** having come before the Court on the motion Defendant Greenpoint Mortgage Funding (Doc. No. 3), and upon the motion of Defendants JPMorgan Chase Bank, N.A. and EMC Mortgage Corporation (Doc. No. 15), and upon the motion of Defendants Countrywide Home Loans Inc., Countrywide Home Loans Servicing, LP, and Bank of America, N.A. (Doc. No. 19) to dismiss the complaint of Kavitha Polkampally and Narasimha Polkampally ("Plaintiffs"), and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that the motions are all **GRANTED**. Count 1 of Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**. However, the remainder of the complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs may request leave to amend their complaint within 14 days from the date of this Order.

Dated: 11/6/2013                                         /s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge